NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————————

**D. KEITH HEFLIN,**
*Plaintiff-Appellant,*

**v.**

**COLEMAN MUSIC AND ENTERTAINMENT, LLC
and GARY B. COLEMAN, JR.,**
*Defendants-Appellees.*

———————————————

2012-1287

———————————————

Appeal from the United States District Court for the Eastern District of Virginia in No. 10-CV-0566, Judge Robert G. Doumar.

———————————————

**JUDGMENT**

———————————————

JOHN F. TRIGGS, Waddey & Patterson, P.C., of Nashville, Tennessee, argued for plaintiff-appellant. With him on the brief were MARK J. PATTERSON and PAUL NEY. Of counsel on the brief was JOHN B. MUMFORD, JR., Hancock, Daniel, Johnson & Nagle, P.C., of Glen Allen, Virginia.

ELIZABETH G. BORLAND, Smith, Gambrell & Russell, LLP, of Atlanta, Georgia, argued for defendants-appellees. With her on the brief was DALE LISCHER.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, MOORE, and O'MALLEY, *Circuit Judges*.

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 10, 2012           /s Jan Horbaly
Date                        Jan Horbaly
                            Clerk